IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-43425-MGD |
| **Lori Ann Robinson** | ) | |
| | ) | Chapter 13 |
| **Debtor** | ) | |

## NOTICE OF HEARING

  **PLEASE TAKE NOTICE** that the Debtor in the above- referenced matter filed a Motion seeking to Incur Debt.

    PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Objection in **Courtroom 342**, U.S. Courthouse, 600 East First Street, Rome, GA at **10:00 A.M. on March 5, 2014**.

    Your rights may be affected.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

This 29th day of January, 2014.

                                                                          Respectfully submitted,

                                                                          /s/
                                                                          Dan Saeger
                                                                          Attorney for the Debtor
                                                                          Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30060
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-43425-MGD |
| **Lori Ann Robinson** | ) | |
| | ) | Chapter 13 |
| **Debtor** | ) | |

## MOTION TO INCUR NEW DEBT BY PURCHASING AUTOMOBILE

**COMES NOW** Lori Ann Robinson, Debtor in the above-styled Chapter 13 case, by and through counsel, files this "Motion to Incur Debt", and shows this honorable court the following:

1.

Debtor filed the petition for relief in the above-styled Chapter 13 case on November 13, 2012.  The Chapter 13 plan was confirmed on March 14, 2013.

2.

Debtor wishes to incur new debt to purchase an automobile.

3.

Debtor has been approved for a loan to purchase an automobile, the terms being as follows:

Interest Rate 20.873%, Price of Automobile $18,095.00, 68 Months, $460 Per Month,  $4000 Down Payment

WHEREFORE, Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Motion be granted; and,

    (c) that this Honorable Court grant such other and further relief as it deems just and proper.

This the 29th day of January, 2014.

                     Respectfully submitted,
                       _/s/_____
                       Dan Saeger
                       Attorney for Debtor
                       Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

## CERTIFICATE OF SERVICE

      I certify that true and correct copies of the Debtor's Motion to Incur Debt have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing the same in the United States Mail addressed for delivery to:

Mary Ida Townson<br>
191 Peachtree Street, N.E.<br>
Suite 2200<br>
Atlanta, GA 30303<br>
<br>
Lori Ann Robinson<br>
PO Box 491582<br>
Lawrenceville, GA 30049

      And all creditors listed in the matrix below

Dated: January 29, 2014

                                                            _/s/_____<br>
                                                            Dan Saeger<br>
                                                            Attorney for Debtor<br>
                                                            Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC<br>
1325 Satellite Blvd, Suite 1406<br>
Suwanee, Georgia 30060<br>
(P) 678-500-9546<br>
(F) 678-391-4422<br>
bk@thegeorgialawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 12-43425-mgd<br>Northern District of Georgia<br>Rome<br>Tue Mar 12 07:20:16 EDT 2013 | Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | CASHCALL, INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121-3132 |
| CREDIT ACCEPTANCE<br>25505 W 12 MILE RD #3000<br>SOUTHFIELD, MICH 48034-8331 | Michael C. Cherof<br>Kenneth S. Nugent, PC<br>4227 Pleasant Hill Road<br>Building 11, Suite 300<br>Duluth, GA 30096-1611 | Credit Management LP<br>4200 International Parkway<br>Carrollton TX 75007-1912 |
| Delbert Services<br>1600 S Doughs Road<br>Anaheim CA 92806 | Department of Labor<br>2211 Beaver Ruin Road<br>Norcross GA 30071-3328 | Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 |
| Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Homeward Residential<br>PO Box 660029<br>Dallas TX 75266-0029 | Homeward Residential, Inc.<br>Bankruptcy Department<br>1525 S. Beltline Road, Suite 100 North<br>Coppell, TX 75019-4913 |
| LHR Inc<br>35A Rust Lane<br>Boerne TX 78006-8202 | Legacy Visa<br>c/o Millenium Financial Group<br>5770 NW Expressway Ste 102<br>Oklahoma City OK 73132-5238 | Northland Group<br>PO Box 390846<br>Minneapolis MN 55439-0846 |
| Pawn Mart<br>192 Scenic Hwy<br>Lawrenceville GA 30046-5740 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |
| Quantum3 Group LLC as agent for<br>EC2N Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 | RJM Acquisitions LLC<br>575 Underhill Blvd Suite 224<br>Sysosset NY 11791-4437 | Robert Rickman<br>Rickman & Associates, PC<br>1325 Satellite Blvd<br>Suite 1406<br>Suwanee, GA 30024-4671 |
| Lori Ann Robinson<br>PO Box 491582<br>Lawrenceville, GA 30049-0027 | Daniel R. Saeger<br>Rickman & Associates, P.C.<br>706 S Thornton Ave. Ste. D<br>Dalton, GA 30720-8212 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| U.S. Auto Finance, Inc.<br>C/O Joe P. Redd, Atty.<br>1959-G Parker Ct.<br>Stone Mountain, Ga 30087-3449 | US Auto Finance<br>2875 University Pkwy<br>Lawrenceville GA 30043-6752 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates          End of Label Matrix
120 Corporate Blvd Ste 100             Mailable recipients    25
Norfolk VA 23502                       Bypassed recipients     0
                                       Total                  25
```